# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>            Plaintiff,<br><br>      v.<br><br>TINA NICOLES,<br><br>            Defendant.<br>_____/ | Case No. 1:14-cv-00470-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT FURTHER INFORMATION ON DEFENDANT NICOLES<br><br>(Doc. 18)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Eugenio Luis Nogueras, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. On May 9, 2014, the Court directed the United States Marshal to initiate service of process on Defendant Tina Nicoles. Service was returned unexecuted on May 29, 2014, on the basis that the California Department of Corrections and Rehabilitation was unable to identify any such employee.

Plaintiff is HEREBY ORDERED, within **thirty (30) days** from the date of service of this order, to submit further information regarding the identity of Defendant Nicoles, preferably in the form a medical or appeal record containing Defendant's name. **The failure to comply with this order will result in dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:  **June 2, 2014**                               /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE