# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>AUGUSTINA OJUKWU,<br><br>    Defendant. | Case No. 1:14-cv-00470-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST AUGUSTINA OJUKWU**<br><br>(Doc. 25)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Eugenio Luis Nogueras, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. This action is proceeding against Defendant Augustina Ojukwu ("Defendant"), and she executed a waiver a service of the summons and complaint on December 15, 2014. Fed. R. Civ. P. 4. Defendant's response to Plaintiff's complaint was due on or before January 8, 2015, and she has failed to respond. *Id*.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant shall show cause why default should not be entered against her;

2. **The failure to respond to this order will result in entry of default pursuant to Fed. R. Civ. P. 55(a)**;

///

3. The issuance of this order extends Defendant's response period thirty days from the date of service of this order;

4. The Clerk's Office shall serve this order on Augustina Ojukwu at:
>  c/o Litigation Office
>  Kern Valley State Prison
>  P. O. Box 3130
>  Delano, CA, 93216-6000; and

5. The Clerk's Office shall serve a courtesy copy of the order on Monica Anderson, Esq., Office of the Attorney General, State of California.

IT IS SO ORDERED.

Dated: **January 12, 2015**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE