# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUGUSTINA OJUKWU,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:14-cv-00470-SKO (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING DEFENDANT TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAYS<br><br>(Docs. 25-27) |

Plaintiff Eugenio Luis Nogueras, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. On January 13, 2015, the Court issued an order requiring Defendant Ojukwu to show cause why default should not be entered against her. Defendant filed a timely response to the order on February 9, 2015.

Based on Defendant's response, the order to show cause is HEREBY DISCHARGED, her request for an extension of time to respond is GRANTED, and she shall file a response within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**February 10, 2015**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE