# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>   Plaintiff,<br><br>   v.<br><br>AUGUSTINA OJUKWU,<br><br>   Defendant.<br>_____/ | Case No. 1:14-cv-00470-LJO-SKO (PC)<br><br>ORDER GRANTING MOTION FOR FORTY-FIVE DAY EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES AND EXTENDING DISCOVERY AND MOTION DEADLINES<br><br>(Doc. 39)<br><br>Discovery Deadline: 01/04/2016<br>Pretrial Dispositive Motion Deadline: 03/04/2016 |

Plaintiff Eugenio Luis Nogueras, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. On September 25, 2015, Plaintiff filed a motion seeking a forty-five day extension of time to serve his responses to Defendant's request for the production of documents and interrogatories.

Good cause having been shown in light of Plaintiff's health issues, Plaintiff's motion for a forty-five day extension of time to serve his discovery responses is GRANTED. Fed. R. Civ. P. 6(b). The extension necessitates extending the discovery and pretrial dispositive motion deadlines of November 3, 3015, and January 11, 2016, respectively. Accordingly, the discovery deadline is

///

///

///

1  EXTENDED to January 4, 2016, and the pretrial dispositive motion deadline is extended to March
2  4, 2016.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   **October 5, 2015**                                       **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE