UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>        Plaintiff ,<br><br>    v.<br><br>A. OJUKWU,<br><br>        Defendant. | Case No. 14-CV-000470-LJO-SKO (PC)<br><br>**ORDER GRANTING EX PARTE MOTION FOR MODIFICATION OF SCHEDULING ORDER**<br><br>(Doc. 42) |

The Court is in receipt of Defendant's Ex Parte Application for an Order Extending the Discovery Cut-Off and Pretrial Dispositive Motion Deadline (Doc. 40). Good cause having been shown, Defendant's motion is GRANTED, the discovery deadline is extended to **March 4, 2016**, and the pretrial dispositive motion deadline is extended to **May 4, 2016**. Fed. R. Civ. P. 16(b); Local Rule 144(c).

IT IS SO ORDERED.

Dated:   **November 30, 2015**                    **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE