# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUGUSTINA OJUKWU,<br><br>　　　　　Defendant. | 1:14-cv-00470-LJO-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES<br><br>(Doc. 44)<br><br>TWENTY-ONE (21) DAY DEADLINE |

　　　　Plaintiff initiated this action based on conditions he experienced while incarcerated and is proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 14, 2016, Defendant filed a motion to compel responses to interrogatories and to have the requests for admissions deemed admitted.  (Doc. 44.)  To date, Plaintiff has not filed an opposition.

　　　　Plaintiff is given one last opportunity to file an opposition or a statement of non-opposition to the motion within twenty-one days of the date of service of this order.  Local Rule 230(*l*).  Failure to do so will be viewed as a lack of prosecution of this action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.  Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion to compel discovery responses within **twenty-one (21) days** from the date of service of this order; and

　　　　2.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated: 　**March 8, 2016**　　　　　　　　　　　**/s/ Sheila K. Oberto**　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28